UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Civ. Action No. |
| | : | 3: 04 CR 88 (SRU) |
| v. | : | |
| | : | |
| SHAFIQUIL ISLAM | : | |

## ORDER FOR EXAMINATION AND NOTICE

Upon the application of the United States,

Nasarin Islam is hereby ordered to appear in Courtroom #1 of the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut on **August 30, 2006 at 4:00 p.m.** then and there to be examined under oath concerning her property and means of paying the Judgment described in the application.

It is so ordered.

Dated at Bridgeport, Connecticut this 18th day of July, 2006.

   /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge